B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Automatic Transmission, Incorporated** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA National Transmissions** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**80-0620929** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**811 E. Lake Street**<br>**Addison, IL**<br>ZIP Code **60101** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Automatic Transmission, Inc.**<br>**c/o Domenic Calabrese, President**<br>**0N505 Gary Avenue**<br>**Wheaton, IL**<br>ZIP Code **60187** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) | |
|---|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." | ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Automatic Transmission, Incorporated** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Automatic Transmission, Incorporated** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Robert V. Schaller, President**
Signature of Attorney for Debtor(s)

**Robert V. Schaller, President Schaller Law Firm PC**
Printed Name of Attorney for Debtor(s)

**Schaller Law Firm, P.C.**
Firm Name

**Oak Brook Pointe**
**700 Commerce Drive, Suite 500**
**Oak Brook, IL 60523**
Address

**630-655-1233**
Telephone Number

**September 24, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Domenic Calabrese**
Signature of Authorized Individual

**Domenic Calabrese**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 24, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Automatic Transmission, Incorporated**   Case No. _____
Debtor(s)                                          Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 1st Ayd Corporation<br>P.O. Box 5298<br>Elgin, IL 60121 | 1st Ayd Corporation<br>P.O. Box 5298<br>Elgin, IL 60121 | trade debt | Disputed | 503.31 |
| Afety-Kleen Systems, Inc.<br>PO BOX 650509<br>Dallas, TX 75265 | Afety-Kleen Systems, Inc.<br>PO BOX 650509<br>Dallas, TX 75265 | trade debt | Disputed | 361.72 |
| Avance Stores Inc./Adv. Auto Parts<br>c/o TRS Recovery Services Inc.<br>P.O. Box 60022<br>City of Industry, CA 91716 | Avance Stores Inc./Adv. Auto Parts<br>c/o TRS Recovery Services Inc.<br>P.O. Box 60022<br>City of Industry, CA 91716 | trade debt | Disputed | 204.00 |
| C.J.C. Auto Parts<br>1819 W. North Avenue<br>Melrose Park, IL 60160 | C.J.C. Auto Parts<br>1819 W. North Avenue<br>Melrose Park, IL 60160 | trade debt | Disputed | 571.71 |
| Cintas Corporation<br>P.O. Box 88005<br>Chicago, IL 60680 | Cintas Corporation<br>P.O. Box 88005<br>Chicago, IL 60680 | trade debt | Disputed | 1,206.55 |
| Deluxe Corporation/DBS Direct<br>c/o Joseph Mann & Creed<br>8948 Canyon Falls Blvd., Suite 200<br>Twinsburg, OH 44087 | Deluxe Corporation/DBS Direct<br>c/o Joseph Mann & Creed<br>8948 Canyon Falls Blvd., Suite 200<br>Twinsburg, OH 44087 | trade debt | Disputed | 210.38 |
| Grieco Kurtzke & Adelman LLC<br>2860 S. River Road, Suite 350<br>Des Plaines, IL 60018 | Grieco Kurtzke & Adelman LLC<br>2860 S. River Road, Suite 350<br>Des Plaines, IL 60018 | trade debt | Disputed | 12,500.00 |
| IL Department Employment Security<br>PO BOX 802551<br>Chicago, IL 60680 | IL Department Employment Security<br>PO BOX 802551<br>Chicago, IL 60680 | government | Disputed | 14,616.29 |
| Larry Roesch Chrysler/Jeep/Dodge LLC<br>200 W. Grand Avenue<br>Elmhurst, IL 60126 | Larry Roesch Chrysler/Jeep/Dodge LLC<br>200 W. Grand Avenue<br>Elmhurst, IL 60126 | trade debt | Disputed | 280.50 |

B4 (Official Form 4) (12/07) - Cont.
In re **Automatic Transmission, Incorporated**　　　　　　　　　　　　　　Case No.　_____
　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Louis Alamprese<br>551 W. Michigan Street<br>Elmhurst, IL 60126 | Louis Alamprese<br>551 W. Michigan Street<br>Elmhurst, IL 60126 | lessor | Disputed | 13,000.00 |
| Lucas & Apostolopoulos, Ltd.<br>881 W. Lake Street<br>Addison, IL 60101 | Lucas & Apostolopoulos, Ltd.<br>881 W. Lake Street<br>Addison, IL 60101 | Legal services | Disputed | 1,116.65 |
| Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197 | Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197 | trade debt | Disputed | 1,828.48 |
| Oreilly Auto Parts 3399<br>c/o Collections Acqu. c/o Payliance<br>3 Easton Oval, Suite 210<br>Columbus, OH 43219 | Oreilly Auto Parts 3399<br>c/o Collections Acqu. c/o Payliance<br>3 Easton Oval, Suite 210<br>Columbus, OH 43219 | trade debt | Disputed | 1,500.00 |
| Parent Petroleum Inc.<br>37W370 Rt 38<br>Saint Charles, IL 60175 | Parent Petroleum Inc.<br>37W370 Rt 38<br>Saint Charles, IL 60175 | trade debt | Disputed | 470.00 |
| Snap-On Credit LLC<br>950 Technology Way, Suite 301<br>Libertyville, IL 60048 | Snap-On Credit LLC<br>950 Technology Way, Suite 301<br>Libertyville, IL 60048 | trade debt | Disputed | 2,357.00 |
| State of Illinois<br>IL Depart of Revenue,Bankruptcy Sec<br>PO BOX 64338<br>Chicago, IL 60664-0338 | State of Illinois<br>IL Depart of Revenue,Bankruptcy Sec<br>PO BOX 64338<br>Chicago, IL 60664-0338 | government debt | Disputed | 959.97 |
| Torque Converter<br>100 E. North Avenue, Suite C<br>Villa Park, IL 60181 | Torque Converter<br>100 E. North Avenue, Suite C<br>Villa Park, IL 60181 | trade debt | Disputed | 295.00 |
| Travelers Insurance<br>c/o Verliance Inc.<br>43525 Ridge Park Drive, Suite 300<br>Temecula, CA 92590 | Travelers Insurance<br>c/o Verliance Inc.<br>43525 Ridge Park Drive, Suite 300<br>Temecula, CA 92590 | trade debt | Disputed | 337.00 |
| United States of America<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | United States of America<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | government debt | Disputed | 58,064.43 |
| Whatever It Takes Transmissions<br>& Parts, Inc.<br>PO BOX 547<br>Hillview, KY 40129 | Whatever It Takes Transmissions<br>& Parts, Inc.<br>PO BOX 547<br>Hillview, KY 40129 | trade debt | Disputed | 1,142.98 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Automatic Transmission, Incorporated**            Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 24, 2015**            Signature   **/s/ Domenic Calabrese**
                                                                          **Domenic Calabrese**
                                                                           **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Automatic Transmission, Incorporated
Automatic Transmission, Inc.
c/o Domenic Calabrese, President
0N505 Gary Avenue
Wheaton, IL 60187

Robert V. Schaller, President
Schaller Law Firm, P.C.
Oak Brook Pointe
700 Commerce Drive, Suite 500
Oak Brook, IL 60523

1st Ayd Corporation
P.O. Box 5298
Elgin, IL 60121

Afety-Kleen Systems, Inc.
PO BOX 650509
Dallas, TX 75265

Avance Stores Inc./Adv. Auto Parts
c/o TRS Recovery Services Inc.
P.O. Box 60022
City of Industry, CA 91716

C.J.C. Auto Parts
1819 W. North Avenue
Melrose Park, IL 60160

Cintas Corporation
P.O. Box 88005
Chicago, IL 60680

Deluxe Corporation/DBS Direct
c/o Joseph Mann & Creed
8948 Canyon Falls Blvd., Suite 200
Twinsburg, OH 44087

Deluxe for Business
PO BOX 742572
Cincinnati, OH 45274

Deparment of the Treasury
IRS, Attn: C.F. Salazar, Rev. Off.
2001 Butterfield Road M/S 5229
Downers Grove, IL 60515

Dynamic Manufacturing
4501 W. North Avenue
Melrose Park, IL 60160

Grieco Kurtzke & Adelman LLC
2860 S. River Road, Suite 350
Des Plaines, IL 60018

IL Department Employment Security
PO BOX 802551
Chicago, IL 60680

IL Department Employment Security
Employer File Maintenance
33 S. State Street, 10th Floor
Chicago, IL 60603

IL Department Employment Security
c/o Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601

Illinois Department of Revenue
Bankruptcy Section
PO BOX 64338
Chicago, IL 60664-0338

Illinois Department of Revenue
c/o Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601

Illinois Tollway Authority
attn: Kristi Lafleur, Executive Dir
2700 Ogden Avenue
Downers Grove, IL 60515

Illinois Tollway Authority
c/o Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601

Illinois Tollway Authority
c/o Arnold Scott Harris, P.C.
111 West Jackson Blvd., Suite 600
Chicago, IL 60604

Internal Revenue Service
230 S. Dearborn Street
Mail Stop 5000 CHI, Room 3022
Chicago, IL 60604

Internal Revenue Service
c/o Associate Area Counsel, SB/SE
200 West Adams Street, Suite 230
Chicago, IL 60606

Larry Roesch
Chrysler/Jeep/Dodge LLC
200 W. Grand Avenue
Elmhurst, IL 60126

Louis Alamprese
551 W. Michigan Street
Elmhurst, IL 60126

Lucas & Apostolopoulos, Ltd.
881 W. Lake Street
Addison, IL 60101

Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197

Oreilly Auto Parts 3399
c/o Collections Acqu. c/o Payliance
3 Easton Oval, Suite 210
Columbus, OH 43219

Parent Petroleum Inc.
37W370 Rt 38
Saint Charles, IL 60175

United States of America
c/o United States Attorney
219 S. Dearborn Street
Chicago, IL 60604

Snap-On
c/o Clark Chiddister
2614 Chapel Hill Drive
Elgin, IL 60120

United States of America
D.Patrick MullarkeyTaxDivision(DOJ)
Ben Franklin Station, P.O. Box 55
Washington, DC 20044

Snap-On Credit LLC
950 Technology Way, Suite 301
Libertyville, IL 60048

Whatever It Takes Transmissions
& Parts, Inc.
PO BOX 547
Hillview, KY 40129

State of Illinois
IL Depart of Revenue,Bankruptcy Sec
PO BOX 64338
Chicago, IL 60664-0338

Torque Converter
100 E. North Avenue, Suite C
Villa Park, IL 60181

Transtar Industries, Inc.
780 W. Belden Avenue, Suite G
Addison, IL 60101

Travelers Insurance
c/o Verliance Inc.
43525 Ridge Park Drive, Suite 300
Temecula, CA 92590

Travelers Insurance
c/o R.M.S, 9954 Mayland Drive,#6100
PO BOX  26446
Richmond, VA 23233

United States of America
Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Automatic Transmission, Incorporated**                              Case No.
                                       Debtor(s)                              Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Automatic Transmission, Incorporated** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 24, 2015**                          **/s/ Robert V. Schaller, President**
Date                                            **Robert V. Schaller, President**
                                                Signature of Attorney or Litigant
                                                Counsel for  **Automatic Transmission, Incorporated**
                                                **Schaller Law Firm, P.C.**
                                                **Oak Brook Pointe**
                                                **700 Commerce Drive, Suite 500**
                                                **Oak Brook, IL 60523**
                                                **630-655-1233**