UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

-------------------------------------------------------------------------------------------X

In Re:                                                    :
                                                          : Chapter 7
                                                          :
Automatic Transmission Inc.                               :
                                                          : Case No. 15-32760
                                                          :
                                                          : Judge:  Cassling --Geneva--
                                                          :Trustee:  Kokoszka
                                                          :Hearing Date: 5/13/2016 at 10:30 a.m.
-------------------------------------------------------------------------------------------X

NOTICE OF MOTION TO EXTEND TIME TO FILE
A FINAL REPORT AND ACCOUNT AND TO TURNOVER REMAINING RECORDS

TO:      All Persons and Entities Identified on the Attached Service List, Chapter 7 Trustee
via ECF, and the US Trustee via ECF

        PLEASE TAKE NOTICE that Debtor has filed with the Court a Motion to Extend
Time to File a Final Report and Account and Turnover Remaining Records.  A copy of the
motion and proposed order are attached.

        PLEASE TAKE FURTHER NOTICE that a hearing will be held on said motion on
5/13/2016 at 10:30 a.m. before Judge Cassling --Geneva-- or whoever is sitting in said Judge's
stead at the following address:  Geneva, IL 100 S. 3rd Street, Room 240.


 May 3, 2016                                              Automatic Transmission Inc.

                                                          s/s Michael N. Oreluk

                                                          _____

                                                          By:  Michael N. Oreluk


Michael N. Oreluk
Attorney for Debtor(s)
700 Commerce Drive, Suite 500
Oak Brook, IL  60523
630-655-1233


AFFIDAVIT OF SERVICE

        As an attorney, I certify under penalty of perjury that I mailed a copy of this notice (and the attached
motion and order) to All Persons and Entities Identified on the Attached Service List by depositing same in the U.S.
Mail at a U.S. Post Office Box in Oak Brook, IL on May 3, 2016, postage prepaid, addressed to the people listed
above.   Notice to the trustee and the US Trustee was served via the Clerk of the Court's ECF system on May 3,
2016.

                                s/s Phoebe Amberg

                                _____

                                Phoebe Amberg

**<u>Service List</u>**:

Patrick Layng via ECF
U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

D. Patrick Mullarkey
Tax Division (DOJ)
Room 7804
JCB Building
555 4th Street N.W.
Washington, DC 20001

United States Attorney
c/o Mike Kelly
Local Office
219 S. Dearborn Street, 5th floor
Chicago, IL 60604

1st Ayd Corporation
1325 Gateway Drive
Elgin, IL 60124

Linda Barnett-Murphy
Safety-Kleen Systems, Inc
2600 North Central Expressway Suite 400
Richardson, TX 75080

Advance Stores Company, Inc/Advance
Auto Parts
5673 Airport Road
Roanoke, VA 24012

CJC Auto Parts
1819 W. North Avenue
Melrose Park, IL 60160

Cintas Corporation #344
5600 W 73rd Street
Bedford Park, IL 60638

Deluxe Corporation/DBS Direct
1600 East Touhy Avenue
Des Plaines, IL 60018

Deluxe for Business
PO Box 742572
Cincinnati, OH 45274

Dynamic Manufacturing
4501 W. North Avenue
Melrose Park, IL 60160

Grieco Kurtze & Adelman LLC
2860 S. River Road Suite 350
Des Plaines, IL 60018

Illinois Department Employment Security
Attn: Mark McGovern
PO Box 802551
Chicago, IL 60680

Illinois Department of Revenue
Bankruptcy Unit
PO Box 64338
Chicago, IL 60664

Accounts Receivable
Illinois Tollway Authority
2700 Ogden Avenue
Downers Grove, IL 60515

Stephanie Smith
Accounts Payable
Larry Roesch Chrysler Jeep Dodge RAM
Promaster
200 W. Grand Avenue
Elmhurst, IL 60126

Louis Alamprese
551 W. Michigan Street
Elmhurst, IL 60126

Louis Alamprese
c/o Bud Alamprese
551 W. Michigan Street
Elmhurst, IL 60126

Lucas & Apostolopoulos, LTD
881 W. Lake Street
Addison, IL 60101

Nicor Gas
Attn: Bankruptcy
PO Box 5407
Carol Stream, IL 60197

O'Reilly Auto Parts
233 South Patterson Avenue
Springfield, MO 65802

Matt Evans
Parent Petroleum Inc
37W370 Route 38
Saint Charles, IL 60175

Snap-On Credit, LLC
950 Technology Way Suite 301
Libertyville, IL 60048

Torque Converter Technology Inc
100 E. North Avenue Suite C
Villa Park, IL 60181

Jim Rollins
Transtar Industries, Inc
780 W. Belden Avenue Suite G
Addison, IL 60101

Traveler's Insurance
Attn: Maggie Harris
485 Lexington Avenue
New York, NY 10017

Krista Hefty
Whatever It Takes Transmissions & Parts,
Inc
PO Box 547
Hillview, KY 40129

ComEd
3 Lincoln Center
Attn: Bkcy Group-Claims Department
Oakbrook Terrace, IL 60181

AT&T
c/o Bankruptcy
1801 Valley View Ln
Farmers Branch, TX 75234

Roseanne Benson
Finance Department
City of Addison Village Hall
1 Friendship Plaza
Addison, IL 60101

Automatic Transmission Inc
c/o Domenic Calabrese, President
0N505 Gary Avenue
Wheaton, IL  60187

Automatic Transmission Inc
c/o Domenic Calabrese, President
811 E. Lake Street
Addison, IL 60101

City of Wheaton
303 W. Wesley Street
PO Box 727
Wheaton, IL 60187

King Transmission
180 W. Grand Ave.
Elmhurst, IL 60126

TriSource Solutions
2117 State Street
Suite 301
Bettendorf, IA 52722

Village of Stone Park
1629 N. Manheim Road
Stone Park, IL 60165

BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
-------------------------------------------------------------------------------------------X
In Re:                                                              :
                                                                    : Chapter 7
Automatic Transmission Inc.                                         :
                                                                    : Case No. 15-32760
                                                                    :
                                                                    : Judge:  Cassling --Geneva--
                                                                    :Trustee:  Kokoszka
                                                                    :Hearing Date: 5/13/2016 at 10:30 a.m.
-------------------------------------------------------------------------------------------X

### MOTION TO EXTEND TIME TO FILE A FINAL REPORT AND ACCOUNT AND TO TURNOVER REMAINING RECORDS

Debtor, by and through Debtor's counsel Michael N. Oreluk, respectfully moves this Court to extend time to file a final report and account pursuant to Fed. R. Bankr. P. 1019(5) and to turnover remaining records pursuant to Fed. R. Bankr. P. 1019(4).  In support thereof, Debtor states the following:

1. On September 25, 2015, the Debtor filed for bankruptcy relief under Chapter 11 of the Bankruptcy Code.

2. On March 8, 2016, the Debtor filed a Motion to Convert to Chapter 7, set for hearing on March 29, 2016.

3. On March 29, 2016, the Court converted Debtor's case from Chapter 11 to Chapter 7. The Court entered the Conversion Order as Docket Number 61 (hereinafter, the "Order").

4. In the Order, the Court set certain filing deadlines, including April 29, 2016 as the deadline to file a final report and account as required by Fed. R. Bankr. P. 1019(5). The Court also set a deadline of April 5, 2016 for the Debtor to turnover all records and property pursuant to Fed. R. Bankr. P. 1019(5).  The Court designated Domenic Calabrese as the Designated Person to perform the acts of the Debtor.

5.  Although the Designated Person has provided information and documentation sufficient

to complete some of the filings as required by the Order, neither the Designated Person

nor Debtor's Court-approved Accountant have provided the documentation necessary to

file a final report and account.  Additionally, Designated Person has provided to counsel

some of the records and property of the estate, but there remain items outstanding.

6.  Therefore, Debtor requests that the Court extend: (1) the deadline to file a final report and

account while the Designated Person and the Account prepare the required information;

and (2) the deadline to turnover the records and property of the estate to the Chapter 7

Trustee.

WHEREFORE, Debtor respectfully requests that the Court grant the following relief:

1.  an order extending the deadline to file a final report and account to May 13, 2016 at
    10:00 AM;

2.  an order extending the deadline to May 13, 2016 at 10:00 AM to turnover the records
    and property of the estate to the Chapter 7 Trustee.

3.  Any other relief that the Court may deem equitable and just.

Respectfully submitted:

Automatic Transmission Inc.

MAY 3, 2016                                   s/s Michael N. Oreluk

                                              _____

                                              BY:  Michael N. Oreluk

Michael N. Oreluk
Attorney for Debtor
700 Commerce Drive, Suite 500
Oak Brook, IL  60523
630-655-1233