IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Automatic Transmission, Inc. | ) | Bankruptcy No. 15 B 32760 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Jacqueline P. Cox |
| | ) | |

### DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COMES the Debtor, Automatic Transmission, Inc., by and through its attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 11 on September 25, 2015.

2. The case was converted to a Chapter 7 on the motion of the Debtor on March 29, 2016.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:     NONE

5. The Debtor obtained the following property after the filing of the petition and before conversion of the case:  None, except income reported in the monthly reports filed by the Debtor.

6. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case:     NONE

Respectfully submitted,
Automatic Transmission, Inc.

By: _____
Domenic Calabrese, President